AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
### Eastern Division

**RODNEY HOGG,**

                  **Petitioner,**

                                   **JUDGMENT IN A CIVIL CASE**

**vs.**

                                   **CASE NO.  2:13-CV-693**

**RHONDA RICHARDSON, WARDEN,**       **JUDGE EDMUND A. SARGUS, JR.**
**CORRECTIONAL RECEPTION**              **MAGISTRATE JUDGE TERENCE P. KEMP**
**CENTER,**

                  **Respondent.**

____    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

       **Pursuant to the Opinion and Order filed April 18, 2014, JUDGMENT is hereby entered DISMISSING this case.**

Date: April 18, 2014                        JOHN P. HEHMAN, CLERK

                                      */S/ Andy F. Quisumbing*
                                        (By) Andy F. Quisumbing
                                         Courtroom Deputy Clerk